**PATTIS & SMITH, LLC**
383 ORANGE STREET, FIRST FLOOR
NEW HAVEN, CT 06511
TELEPHONE 203-393-3017
FACSIMILE 203-393-9745

NORMAN A. PATTIS (npattis@pattisandsmith.com)
KEVIN M. SMITH (ksmith@pattisandsmith.com)
DANIEL L. HEALY (dhealy@pattisandsmith.com)

November 16, 2018

Catherine O'Hagou Wolfe
Clerk of Court
Second Circuit Court of appeals
Thurgood Marshall United States
  Courthouse
40 Foley Square
New York, NY 10007

    RE:    In re United States, No. 18-3430

Dear Ms. Wolfe:

I am writing pursuant to F.R.A.P. Rule 21(b)(c) to respond, if a response is requested, to the government's writ of mandamus or writ of prohibition.

I was trial counsel in the underlying matter and raised the issues giving rise to the writ.

Sincerely,

NORMAN A. PATTIS

NAP:dp