# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 18-3430

**Caption [use short title]**

**Motion for:** Leave to File a Reply Brief

Set forth below precise, complete statement of relief sought:

The Government seeks leave to file a reply brief in this matter on or before January 9, 2019

In re United States of America, Petitioner

**MOVING PARTY:** United States of America

**OPPOSING PARTY:** United States District Court/ Yehudi Manzano

☐ Plaintiff ☐ Defendant
☑ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Sarah P. Karwan

**OPPOSING ATTORNEY:** Norman A. Pattis, Esq. and John Gleeson, Esq.

[name of attorney, with firm, address, phone number and e-mail]

United States Attorney's Office, District of Connecticut

383 Orange Street, First Fl., New Haven, CT 06511

157 Church Street, 25th Floor, New Haven, CT 06510

Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022

203-821-3700, sarah.p.karwan@usdoj.gov

**Court- Judge/ Agency appealed from:** United States District Court, the Hon. Stefan R. Underhill, U.S.D.J.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date: _____

**Signature of Moving Attorney:**

/s/ _____ **Date:** 12/20/2018  **Service by:** ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

IN re UNITED STATES OF AMERICA,  No. 18-3430
      Petitioner,

## GOVERNMENT'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A REPLY BRIEF

Pursuant to Local Rule 27.1, the appellee United States of America submits this memorandum in support of its motion for leave to file a reply brief in this matter on or before January 9, 2019.

### Background

On November 14, 2018, the Government filed a petition for writ of mandamus or writ of prohibition to the United States District Court for the District of Connecticut in connection with the criminal prosecution in *United States v. Yehudi Manzano*.

On November 16, 2018, counsel for Mr. Manzano requested leave to file a response to the Government's petition. On November 19, 2018, the Honorable Stefan R. Underhill, United States District Judge for the District of Connecticut, requested leave to file a response to the Government's petition. This Court granted both requests. Mr. Manzano filed his response on December 17, 2018. *See* Doc. 25. Judge Underhill filed his

1

response on December 19, 2018. *See* Doc. 35. In addition, on December 19, 2018, two *amici curiae* briefs were filed, the first by the Cato Institute, Famm Foundation, and the National Association of Criminal Defense Lawyers, and the second by The Fully Informed Jury Association. *See* Doc. 28 and Doc. 34.

## Discussion

The Government respectfully seeks leave to file a reply brief on or before January 9, 2019 to address the issues raised in the four briefs filed by counsel for Mr. Manzano, Judge Underhill, and the *amici curiae*.

The Government respectfully requests that it be allowed an opportunity to address the host of issues raised in these four briefs, including issues and arguments not addressed in the Government's petition. *See, e.g.*, Doc. 28, Issue I(C) (discussing alleged Sixth Amendment violations); Doc. 34, Issue III (arguing for the protection of jury independence in light of the "vanishingly small role that jury trials play in our criminal justice system").

Counsel for Mr. Manzano and Judge Underhill have notified Government counsel that they have no objection to this motion.

## Conclusion

The Government respectfully requests that the Court grant it leave to file a reply brief on or before January 9, 2019.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY


 /s/ *Sarah P. Karwan*
SARAH P. KARWAN
ASSISTANT U.S. ATTORNEY
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700

STATE OF CONNECTICUT

                                              ss: New Haven

COUNTY OF NEW HAVEN

## AFFIDAVIT

I, Sarah P. Karwan, state as follows:

1. I am an Assistant United States Attorney for the District of Connecticut. I represent the United States in the captioned matter and I am admitted to practice before this Court.

2. I make this affidavit in support of the Government's motion for leave to file a reply brief.

3. The facts in the Government's memorandum attached to this motion are true and correct to the best of my knowledge and belief.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 20, 2018.

                                          AFFIANT

                                        /s/ *Sarah P. Karwan*
                                        SARAH P. KARWAN
                                        ASSISTANT U.S. ATTORNEY

## CERTIFICATE OF SERVICE

    This is to certify that on December 20, 2018, a copy of the foregoing motion and memorandum of law was filed electronically and served by first-class United States mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              /s/ *Sarah P. Karwan*
                              SARAH P. KARWAN
                              ASSISTANT U.S. ATTORNEY