**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 23, 2019
Docket #: 18-3430op
Short Title: In Re: United States of America

DC Docket #: 3:18-cr-95
DC Court: CT (NEW HAVEN)
DC Judge: Underhill

**NOTICE OF MOTION PLACED ON THE CALENDAR**

A petition for writ of mandamus filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Wednesday, February 13, 2019 at 10:00am. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1703.

Inquiries regarding this case may be directed to 212-857-8595.